UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-1116
_____

CONFERENCE OF PRESIDENTS OF MAJOR ITALIAN AMERICAN ORGANIZATIONS, INC.; MARK F. SQUILLA, PHILADELPHIA CITY COUNCILMEMBER; THE 1492 SOCIETY; JODY DELLA BARBA,
Appellants

GRAND LODGE OF PENNSYLVANIA SONS AND DAUGHTERS OF ITALY

v.

CITY OF PHILADELPHIA; MAYOR JAMES F. KENNEY
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:21-cv-01609)
District Judge: Honorable C. Darnell Jones II
_____

Submitted Under Third Circuit L.A.R. 34.1(a):
January 18, 2023
_____

Before: AMBRO, PORTER, and FREEMAN
*Circuit Judges*.
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted on January 18, 2023. On consideration whereof, it is now

**ORDERED** and **ADJUDGED** by this Court that the District Court's order dated January 12, 2022, is hereby **AFFIRMED**. All of the above in accordance with the Opinion of this Court. Costs shall be taxed against Appellants.

ATTEST:

s/ Patricia S. Dodszuweit

Clerk

Dated: January 27, 2023